John Joseph Volin, #09880
VOLIN & HANSEN, PLLC
2033 E Warner Road, Suite 107
Tempe, Arizona  85284
Voice:    (480) 820-0800
Fax:      (480) 820-3575
E-mail:   joe@volinlaw.com
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>NIKALOUS GEBHART<br><br><br>           Debtor. | Chapter 7 Proceeding<br><br>Case No. 03-15303 PHX RTB<br><br>NOTICE OF FILING AMENDED<br>SCHEDULE C – PROPERTY<br>CLAIMED AS EXEMPT |

Debtor, by and through his attorneys, hereby gives notice of filing an Amended Schedule C.  The amended schedule is attached hereto.

DATED: October 28, 2003            VOLIN & HANSEN, PLLC


                                   /s/ John J. Volin_9880
                                   John J. Volin
                                   2033 East Warner Road
                                   Suite 107
                                   Tempe, AZ  85284
                                   Attorney for Debtor

Copy of the foregoing
mailed October 28, 2003,
to the following:

Maureen Gaughan
PO Box 6729
Chandler, AZ 85246
Trustee

By:/s/ John J. Volin, #09880

In re **Nikalous G. Gebhart**, Case No. **03-15303 PHX RTB**
Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*
☐ 11 U.S.C. §522(b)(1): Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.
■ 11 U.S.C. §522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** <br> **3608 E. Mountain Sky Ave** <br> **Phoenix, AZ 85044** <br> **Sec 203, Saguaro Point MCR 274-17,** <br> **#301-77-208** | Ariz. Rev. Stat. § 33-1101(A) | 89,703.00 | 210,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| AZ FCU (Savings) | Ariz. Rev. Stat. § 33-1126(A)(8) | 25.00 | 25.00 |
| Desert Schools (Savings) | Ariz. Rev. Stat. § 33-1126(A)(8) | 125.00 | 125.00 |
| **Household Goods and Furnishings** | | | |
| Bedroom Set (guest) | Ariz. Rev. Stat. § 33-1123(7) | 200.00 | 200.00 |
| Bookcases (2) | Ariz. Rev. Stat. § 33-1123 | 50.00 | 50.00 |
| Kitchen table and chairs | Ariz. Rev. Stat. § 33-1123(1) | 20.00 | 20.00 |
| Pots and pans | Ariz. Rev. Stat. § 33-1123 | 100.00 | 100.00 |
| Refrigerator | Ariz. Rev. Stat. § 33-1123(14) | 300.00 | 300.00 |
| Sofa and recliner | Ariz. Rev. Stat. § 33-1123(2) | 100.00 | 100.00 |
| TV, VCR, shelf, portable radio | Ariz. Rev. Stat. § 33-1123(11) | 100.00 | 100.00 |
| Master Bedroom set | Ariz. Rev. Stat. § 33-1123(7) | 100.00 | 100.00 |
| Three cabinets | Ariz. Rev. Stat. § 33-1123 | 15.00 | 15.00 |
| Garage tools | Ariz. Rev. Stat. § 33-1123 | 50.00 | 50.00 |
| Vacuum cleaner | Ariz. Rev. Stat. § 33-1123(17) | 100.00 | 100.00 |
| Washer and dryer | Ariz. Rev. Stat. § 33-1123(15) | 100.00 | 100.00 |
| Wooden chairs (5) | Ariz. Rev. Stat. § 33-1123(3) | 25.00 | 25.00 |
| 2 Hutches | Ariz. Rev. Stat. § 33-1123 | 30.00 | 30.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Computer books | Ariz. Rev. Stat. § 33-1125(5) | 75.00 | 75.00 |
| **Wearing Apparel** | | | |
| General clothing/Work clothing | Ariz. Rev. Stat. § 33-1125(1) | 100.00 | 100.00 |

__1__ continuation sheets attached to Schedule of Property Claimed as Exempt

In re **Nikalous G. Gebhart**, Case No. **03-15303 PHX RTB**
Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Furs and Jewelry** | | | |
| **Watch** | **Ariz. Rev. Stat. § 33-1125(4)** | **350.00** | **350.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Pistol** | **ARS § 33-1125(7)** | **200.00** | **200.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Roth IRA** | **Ariz. Rev. Stat. § 33-1126(C)** | **6,459.00** | **6,459.00** |
| **Regular IRA** | **Ariz. Rev. Stat. § 33-1126(C)** | **841.00** | **841.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2003 Hyundai Elantra** | **Ariz. Rev. Stat. § 33-1125(8)** | **0.00** | **16,000.00** |
| **Office Equipment, Furnishings and Supplies** | | | |
| **Computer desk and chair** | **Ariz. Rev. Stat. § 9-931** | **50.00** | **50.00** |
| **Desktop computer** | **Ariz. Rev. Stat. § 9-931** | **300.00** | **300.00** |
| **Supplies** | **Ariz. Rev. Stat. § 9-931** | **20.00** | **20.00** |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| **Laptop computer** | **Ariz. Rev. Stat. § 33-1130(1)** | **700.00** | **700.00** |

Sheet **1** of **1** continuation sheets attached to the Schedule of Property Claimed as Exempt